COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| AIDELI LEEANETTE JIMENEZ, | | No. 08-20-0003-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20170C06112) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until January 30, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Jaime Esparza, the State's attorney, prepare the State's Brief and forward the same to this Court on or before January 30, 2021.

IT IS SO ORDERED this 30th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.